IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00804-RPM-MJW

MICHAEL GREEN,

Plaintiff(s),

v.

STELLAR RECOVERY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Extend Discovery Cutoff Date (Docket No. 30) is granted.  It is thus further

ORDERED that the discovery deadline is extended up to and including December 21, 2012.  It is further

ORDERED that the dispositive motion deadline is extended up to and including January 22, 2013.  It is further

ORDERED that the Final Pretrial Conference set for December 17, 2012, at 9:00 a.m. is VACATED and RESET on February 22, 2013, at 9:00 a.m.  It is further

ORDERED that the Scheduling Order (Docket No. 18) is amended in accordance with this Minute Order.

Date: October 22, 2012