IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00804-RPM-MJW

MICHAEL GREEN,

Plaintiff(s),

v.

STELLAR RECOVERY, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Notice Regarding Court Order, CM/ECF #39, Setting Hearing on Plaintiff's Motion to Compel (Docket No. 40), which has been construed as a motion to vacate the motion hearing on December 20, 2012, at 8:30 a.m., is granted.  Consequently, it is further

ORDERED that the motion hearing set on Thursday, December 20, 2012, at 8:30 a.m., on the Plaintiff's Motion to Compel the Defendant's Responses to the Plaintiff's Written Discovery Requests Pursuant to Fed.R.Civ.P. 33, 34, 36, and 37 (Docket No. 25) is vacated.  It is further

ORDERED that the Plaintiff's Motion to Compel the Defendant's Responses to the Plaintiff's Written Discovery Requests Pursuant to Fed.R.Civ.P. 33, 34, 36, and 37 (Docket No. 25) is denied as moot.

Date: December 20, 2012