IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00804-RPM-MJW

MICHAEL GREEN,

Plaintiff(s),

v.

STELLAR RECOVERY, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Stellar Recovery Inc.'s Motion to Restrict Access Pursuant to Local Rule 7.2 Relating to Documents That Are the Subject of Defendant's Motion for Protective Order (Docket No. 56) is granted.  The documents filed as Docket No. 58 shall thus be subject to a Level 1 restriction until further Order of the court.

Date: April 1, 2013