# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-00804-RPM-MJW | FTR - Courtroom A-502 |
| **Date:**  April 17, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| MICHAEL GREEN, | David M. Larson |
| Plaintiff(s), | |
| v. | |
| STELLAR RECOVERY, INC., | Steven J. Wienczkowski |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS   HEARING
**Court in Session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises defendant's  Motion to Strike Belatedly-Disclosed Telephone Recording and for Monetary Sanctions Pursuant to Fed.R.Civ.P. 37(c)(1) for argument.

Argument by Steven J. Wienczkowski on behalf of defendant.
Two CDs which are copies of the original tape recording made by Plaintiff, one received by Defendant from Plaintiff on August 06, 2012 and the other on February 18, 2013, are played for the Court.
Argument by David M. Larson on behalf of plaintiff.

Findings by the Court.

**It is ORDERED:**   Defendant's  MOTION TO STRIKE BELATEDLY-DISCLOSED TELEPHONE RECORDING AND FOR MONETARY SANCTIONS PURSUANT to Fed.R.Civ.P. 37(c)(1) is **GRANTED** [Docket No. **52**, filed March 04, 2013] as outlined below.

> The taped telephone recording is not stricken and no monetary sanctions are assessed. Discovery is re-opened for the limited purpose of a two-hour continued deposition of plaintiff Michael Green.  The scope of the deposition is limited to examination regarding the tape recording only. Plaintiff shall pay the costs (court reporter and transcript) of this continued deposition, but no attorneys fees .

**It is ORDERED:**   The continued deposition of plaintiff Michael Green shall be completed on or before **MAY 17, 2013.**
The Discovery cut-off date is extended to **MAY 17, 2013**, for the limited purpose of completing the deposition of Plaintiff.

The Court hears argument on defendant's Motion for Protective Order Regarding Confidential Documents. It is noted the Court has reviewed disputed documents submitted for *in camera* inspection.

Argument by Steven J. Wienczkowski on behalf of defendant.
Argument by David M. Larson on behalf of plaintiff.

Findings by the Court. It is noted the findings in the Order entered by Magistrate Judge Boland in a similar case are adopted by the Court. *See* 12-cv-01207-RPM-BNB Docket No. 55, filed February 19, 2013.

**It is ORDERED:**   Defendant's MOTION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS [Docket No. **46**, filed February 15, 2013] is **GRANTED IN PART and DENIED IN PART** for reasons as set forth on the record.

The Motion (Docket No. 46) is GRANTED as to the following bates labeled documents:
Bates Stellar_Green_000499,
Bates Stellar_Green_000500,
Bates Stellar_Green_000501,
Bates Stellar_Green_000502,
Bates Stellar_Green_000568

The Motion (Docket No. 46) is DENIED in all other respects.

Hearing concluded.

**Court in recess:**   11:41 a.m.
Total In-Court Time 01:41

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.