**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                       July 25, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Jennifer Hawkins
_____

Civil Action No. 12-cv-00804-RPM

MICHAEL GREEN,                                                          David M. Larson

        Plaintiff,

v.

STELLAR RECOVERY, INC.,                                         Steven J. Wienczkowski

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Objection to Magistrate Judge's Recommendation**

**10:00 a.m.**        **Court in session.**

Court's preliminary remarks and states it understanding of the issue before it.

Counsel agree recording is audible.

Argument by Mr. Larson.

Argument by Mr. Wienczkowski that there was no violation.

Court orders that bona fide error defense is available only if violation is admitted at trial.  Mr. Wienczkowski, over his objection, elects to proceed on bona fide error defense.  Court explains that plaintiff must prove violation and defendant prove bona fide error at trial.

Discussion regarding separate violation, filing a separate lawsuit and setting this case for trial.

**ORDERED:     Recommendation on Plaintiff's Motion for Summary Judgment as to Defendant's Affirmative Defenses [43], is moot.**

                **Counsel have two weeks (August 9, 2013) to confer regarding second violation.**

                **Two day jury trial set November 12, 2013.**

**10:22 a.m.**        **Court in recess.**  Hearing concluded.  Total time: 22 min.