IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00804-RPM-MJW

MICHAEL GREEN,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

ORDER VACATING ORDER OF REFERENCE

---

    Pursuant to the hearing today, it is

    ORDERED that the Order of Reference to Magistrate Judge Michael J. Watanabe [4], entered March 30, 2012, is vacated.

    DATED:   August 23rd , 2013

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge