IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00804-RPM

MICHAEL GREEN,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

___

ORDER SETTING TRIAL PREPARATION CONFERENCE

___

    Pursuant to the hearing today, it is

    ORDERED that **a** trial preparation conference is set for **October 18, 2013, at 10:00 a.m.,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

    DATED:   August 23rd , 2013

                                                                BY THE COURT:

                                                                s/Richard P. Matsch

                                                                 _____

                                                                Richard P. Matsch, Senior District Judge