### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00804-RPM-MJW

MICHAEL GREEN,

    Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                        BY THE COURT:

                        s/Richard P. Matsch

October 24th, 2013
_____    _____
DATE                                Richard P. Matsch, Senior District Judge